

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Mark Goldstein

✱ FIRM: Pomerantz LLP

STREET ADDRESS: 10 S. LaSalle, Suite 3505

CITY/STATE/ZIP: Chicago, IL 60603

PHONE NUMBER: (312) 377-1181

E-MAIL ADDRESS: mgoldstein@pomlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6306038

If you have previously filed an appearance with this Court using a different name, enter that name: N/A

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 13-cv-00537 | Alizadeh v. Tellabs, Inc. | Sara Ellis |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____
Attorney's Signature

1/17/14
Date