Case: 1:13-cv-00537 Document #: 110 Filed: 02/09/15 Page 1 of 1 PageID #:1815

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Mahmood Alizadeh, et al.

                              Plaintiff,

v.                                                    Case No.: 1:13–cv–00537
                                                      Honorable Sara L. Ellis

Tellabs, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Enter Opinion and Order. Defendants' motion to dismiss [94] is granted and the Second Amended Complaint is dismissed in its entirety with prejudice. Mail AO 450. Civil case terminated. No appearance required, 2/10/2015. See separate order for details. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.